IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CENTRAL SCHOOL DISTRICT,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | No. 11-6869 |
| **K.C., by and through his parents, S.C. and S.C.,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW,** this 3rd day of July, 2013 upon consideration of the parties' cross-motions for summary judgment (Doc. Nos. 8, 9), the responses and replies thereto, and for the reasons stated in the Court's Memorandum Opinion, it is **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 9) is **GRANTED**;

3. The August 5, 2011 Decision by the Special Education Hearing Officer is **AFFIRMED**;

4. Plaintiff's Complaint is **DISMISSED;** and

5. The Clerk of Court shall mark this matter **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**